# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -- )
)
ARINC Inc. ) ASBCA No. 58610
)
Under Contract No. FA8504-10-C-0009 )

APPEARANCES FOR THE APPELLANT: Philip J. Davis, Esq.
Benjamin J. Kohr, Esq.
Wiley Rein LLP
Washington, DC

APPEARANCES FOR THE GOVERNMENT: Lt Col James H. Kennedy III, USAF
Air Force Chief Trial Attorney
Gregory A. Harding, Esq.
Behn B. Kelly, Esq.
Trial Attorneys

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 26 August 2014

MARK N. STEMPLER
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 58610, Appeal of ARINC Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals